UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Julie Delgado-O'Neill,                                   Civil No. 12cv00422 MJD/JJK

        Plaintiff,

v.                                                                        **ORDER**

Minneapolis, Minnesota, City of, et al.,

        Defendant.

_____

**WHEREAS**, Plaintiff or her attorney of record attended the Rule 16 scheduling conference on July 12, 2012; and

**WHEREAS**, Defendant has represented to the Court that Plaintiff did not submit her Rule 26(a)(1) disclosures which were due on or before July 21, 2012;

**IT IS HEREBY ORDERED** that:

A status conference will be held before the undersigned on **November 30, 2012, 9:30 a.m., in Courtroom 6A**, Warren E. Burger Federal Courthouse, 316 North Robert Street, **St. Paul**, Minnesota 55101.  If Plaintiff or her attorney of record does not appear, then the Court will issue an Order to Show Cause why this case should not be dismissed for lack of prosecution.

Dated:  November 15, 2012

                                             *s/ Jeffrey J. Keyes*
                                             JEFFREY J. KEYES
                                             United States Magistrate Judge